IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SEA GAYLE MUSIC, et al.,

    Plaintiffs,

v.                                                                   No. 08-1063-JDB

RONALD JOHNSON, II,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

       This cause is before the Court in connection with the report and recommendation of the magistrate judge upon the Plaintiffs' motion for default judgment and a permanent injunction against the Defendant, Ronald Johnson, II. (Docket Entry No. 12.)  In a report and recommendation filed April 14, 2010, the magistrate judge recommended that the Plaintiffs' requests be granted, and that they be awarded damages in the amount of $750 for each cause of action for a total of $5,250, along with attorneys' fees of $954.50 and court costs. (Docket Entry No. 14, R&R.)  According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       The Court has conducted a de novo review of the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge.  No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation.

       It is therefore ORDERED that the magistrate judge's report and recommendation filed April 14, 2010 be ADOPTED. Plaintiffs' motion for default judgment against Ronald Johnson, II is

GRANTED. Further, pursuant to sections 502 and 503 of the Copyright Act, Defendant is PERMANENTLY ENJOINED from any further violations of Plaintiffs' intellectual property rights. Finally, Defendant is ordered to pay $5,250 in statutory damages, $954.50 in attorneys' fees, and court costs.

**IT IS SO ORDERED** this, the 10th day of May, 2010.

s/ J. DANIEL BREEN<br>UNITED STATES DISTRICT JUDGE